1  MICHELE BECKWITH
   Acting United States Attorney
2  EMILY G. SAUVAGEAU
   NICOLE VANEK
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:25-CR-00067-DAD
12 |                     Plaintiff,    |
   |                                   | **NOTICE OF RELATED CASES**
13 |           v.                      |
   |                                   | [EDCA L.R. 123]
14 | EMILIO LOPEZ                      |
15 |                     Defendant.    |
16 | UNITED STATES OF AMERICA,         | CASE NO. 2:12-CR-00392-KJM
17 |                     Plaintiff,    |
   |                                   | **NOTICE OF RELATED CASES**
18 |           v.                      |
   |                                   | [EDCA L.R. 123]
19 | EMILIO LOPEZ,                     |
20 |                     Defendant.    |
21

22                     **N O T I C E   O F   R E L A T E D   C A S E S**

23      The United States of America, by and through Assistant United States Attorney Nicole M.

24 Vanek, notices the Court and the Clerk of the Court that the recently-filed Indictment in *United States v.*

25 *Lopez*, Case No. 2:25-CR-00067-DAD ("2025 Case"), is related to the earlier supervised release

26 violation petition in *United States v. Lopez*, Case No. 2:12-CR-00392-KJM ("TSR Case"). The 2025

27 Case and the TSR Case are related within the meaning of Eastern District of California Local Rule

28 123(a) because they involve the same defendant and are based on the same operative facts. Specifically,

both cases are related to Lopez's distribution of fentanyl on January 10, 2024, January 25, 2024, February 29, 2024, and March 21, 2024. The 2025 case charges Lopez with four counts of distribution of fentanyl, in violation of 18 U.S.C. § 841(a). The TSR case charges Lopez with supervised release violations which relate to the 2025 case. Accordingly, the cases are related because the charged defendant is the same and the actions involve the same operative facts.

Pursuant to Local Rule 123(f), "the two actions shall be related" and assigned to the judge assigned to the new criminal action "unless the original sentencing judge desires to retain first action, in which circumstances both actions shall be assigned to the original sentencing judge." Here, the original sentencing judge was the Honorable Kimberly J. Mueller in the Eastern District of California. The 2025 case has been assigned to Honorable Dale A. Drozd. Accordingly, pursuant to Local Rule 123(f), both matters shall be related and assigned to the Honorable Dale A. Drozd.

The United States therefore respectfully requests that this Honorable Court (1) relate the recently-filed Indictment in the 2025 case to the earlier supervised release violation petition in the TSR case; and (2) order the Clerk's Office to reassign *United States v. Lopez,* Case No. 2:12-CR-00392-KJM, to the Honorable Dale A. Drozd, United States District Judge, pursuant to Local Rule 123(f).

Dated:  April 7, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ *NICOLE M. VANEK*
NICOLE M. VANEK
Assistant United States Attorney

**O R D E R**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned *United States v. Lopez,* Case No. 2:25-CR-00067-DAD, is related to the case of *United States v. Lopez*, Case No. 2:12-CR-00392-KJM, within the meaning of Local Rule 123(a) and (f) and assignment of these actions to a single district judge is likely to effect a savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(c) and (f), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of *United States v. Lopez*, Case No. 2:12-CR-00392-KJM, to the Honorable Dale A. Drozd, and that case shall be designated "Case No. 2:12-CR-00392-DAD"; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **April 8, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE