HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
EMILIO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00067-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| EMILIO LOPEZ, | |
| Defendant. | Date: June 23, 2025<br>Time: 9:30 a.m.<br>Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicole Vanek counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Emilio Lopez, that the status conference scheduled for June 23, 2025, be continued to **August 25, 2025, at 9:30 a.m.**

Defense counsel currently representing Mr. Lopez was just recently assigned the case, having inherited representation from now co-counsel Meghan McLoughlin, who is on extended leave. Discovery review has been undertaken by new counsel in earnest. However, new counsel needs additional time to complete discovery review, conduct investigation, finalize a review of the attributable sentencing factors, calculate the resulting estimated guideline range, and meet with the defendant to discuss his options before proceeding. Defense counsel has conferred with the government, who will be sending over an offer to resolve the case within a few weeks, which

defense counsel will review with the defendant prior to the continued hearing date so as to be prepared to address the Court regarding the possible setting of a change of plea on August 25, 2025.

As such, the parties request that the status conference in this matter be reset for August 25, 2025, at 9:30 a.m.  The parties will file a separate stipulation requesting a continuance in the TSR violation matter to the same date. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time is excludable through August 25, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: June 18, 2025                                          Respectfully submitted,

                                                                             HEATHER E. WILLIAMS
                                                                             Federal Public Defender

                                                                             */s/ Megan T. Hopkins*
                                                                             MEGAN T. HOPKINS
                                                                             Assistant Federal Defender
                                                                             Attorney for Defendant
                                                                             EMILIO LOPEZ


                                                                             MICHELLE BECKWITH
                                                                             Acting United States Attorney

Dated: June 18, 2025                                           */s/ Nicole Vanek*
                                                                             NICOLE VANEK
                                                                             Assistant United States Attorney
                                                                             Attorney for Plaintiff

# **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for June 23, 2025, at 9:30 a.m. is continued to **August 25, 2025, at 9:30 a.m.** The time period between June 23, 2025, and August 25, 2025, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __June 18, 2025__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE