HEATHER E. WILLIAMS, Bar No.122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
EMILIO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 2:25-CR-00067-DAD |
| *Plaintiff,* | 2:12-CR-00392-DAD |
| vs. | **ORDER FILING UNDER SEAL** |
| EMILIO LOPEZ, | Date:  March 23, 2026 |
| *Defendant.* | Time:  9:30 a.m. |
| | Court: Hon. Dale A. Drozd |

GOOD CAUSE APPEARING, upon application of Defendant Emilio Lopez, the Court orders that Exhibit A to Defendant's *Sentencing Memorandum* shall be filed under seal.  The aforementioned documents shall be made available to Assistant United States Attorney Nicole Vanek and Assistant Federal Defender, Meghan McLoughlin.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated:   **March 16, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE